NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CAROL V. MAY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Intervenor.*

_____

2010-3085

_____

Petition for review of the Merit Systems Protection Board in case No. PH0752080505-I-1.

_____

**JUDGMENT**

_____

DENNIS L. FRIEDMAN, of Philadelphia, Pennsylvania, argued for petitioner.

JEFFREY A. GAUGER, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were JAMES M. EISENMANN, General Counsel, and KEISHA DAWN BELL, Deputy General Counsel.

JANE W. VANNEMAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director.

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2011        /s/ Jan Horbaly
Date                              Jan Horbaly
                                        Clerk